59047. HAMPEL v. MOTEL PROPERTIES, INC.

QUILLIAN, Presiding Judge.

The order granting plaintiff a writ of possession is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Shulman and Carley, JJ., concur.*

ARGUED JANUARY 7, 1980 — DECIDED JANUARY 28, 1980 — REHEARING DENIED FEBRUARY 18, 1980 — 

Joseph Hampel, *pro se.*
*Andrew A. Taylor,* for appellee.